1  Tamara Devitt Naughton (State Bar No. 209683)
   FISHER AND PHILLIPS
2  18400 Von Karman Avenue
   Suite 400
3  Irvine, California  92612
   Telephone:     949 / 798-2136
4  Facsimile:      949 / 851-0152
   Email:           tnaughton@laborlawyers.com
5
   Attorneys for Defendant
6  Yellow Transportation Inc. dba Yellow Freight

7

8              UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  ELBERT JEFFERY, | Case No.  2:05-CV-02306-DFL-PAN |
| 12           Plaintiff, | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| 13  v. | |
| 14  YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; and DOES 1 through 20, | |
| 15 | |
| 16           Defendants. | |

17

18  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19

20      Defendant, YELLOW TRANSPORTATION, INC. dba YELLOW FREIGHT, hereby

21  requests that Steven W. Moore, Esq., Bar No. 193068, at Baker & Hostetler LLP, located at 600

22  Anton Boulevard, Suite 900, Costa Mesa, California, 92626-7221; Phone: 714/ 754-6600; Fax:

23  714/ 754-6611, Email: smoore@bakerlaw.com, be substituted as retained counsel of record in

24  place and stead of Tamara Devitt Naughton, Esq. at Fisher & Phillips.

25  / / /

26  / / /

27  / / /

28  / / /

1  I consent to this substitution.

2  Dated:  March __, 2006                    YELLOW TRANSPORTATION, INC. DBA
                                             YELLOW FREIGHT
3

4
                                             /S/
5                                            Name:_____
                                             Title:_____
6

7  I consent to this substitution.

8  Dated:  March __, 2006                    FISHER & PHILLIPS

9

10
                                             /S/
11                                           Tamara Devitt Naughton
                                             (Former Attorney)
12  I accept this substitution.

13  Dated:  March __, 2006                   BAKER & HOSTETLER, LLP

14

15
                                             /S/
16                                           Steven W. Moore
                                             (New Attorney)
17

18  IT IS SO ORDERED:

19  Dated:  March 23, 2006
                                             /S/ DAVID F. LEVI
20                                           United States District Judge

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California  92612.

On March 22, 2006, I served the foregoing document entitled **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John M. Riestenberg<br>Law Offices of John M. Riestenberg<br>455 Capitol Mall, Suite 410<br>Sacramento, CA 95814<br>Tel: (916) 443-6300<br>Fax: (916) 329-3435 | Attorney for Plaintiff, Elbert Jeffery |
| Steven W. Moore, Esq.<br>Baker & Hostetler LLP<br>600 Anton Boulevard<br>Suite 900<br>Costa Mesa, CA  92626-7221<br>Tel: (714) 754-6600<br>Fax: (714) 754-6611 | Attorney for Defendant, Yellow Transportation, Inc. |

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2006, at Irvine California.

Brenna Kacsuta                    By: /s/
Print Name                              Signature

1  09900, 00080, 501036273.1

- 4 -

REQUEST FOR APPROVAL OF SUBSTITUTION OF
ATTORNEY AND [PROPOSED] ORDER THEREON
2:05-CV-02306-DFL-PAN

Irvine 409703.1