1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVEER SINGH, JESUS MIER and TOMMY PRUITT,<br><br>    Plaintiffs,<br><br>  v.<br><br>YELLOW TRANSPORTATION, INC., DANIEL DRAKE, ROGER PRICE, and FRANK VELLA,<br><br>    Defendants.<br>_____/ | No. 2:05-cv-0521-MCE-DAD<br><br><br><br><br>**NON RELATED CASE ORDER** |
| ELBERT JEFFERY,<br><br>    Plaintiff,<br><br>  v.<br><br>YELLOW TRANSPORTATION, INC. dba YELLOW FREIGHT,<br><br>    Defendant.<br>_____/ | No. 2:05-cv-2306-DFL-PAN |

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed April 24, 2006. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

   IT IS SO ORDERED.

DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE