IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT JEFFREY,
        Plaintiff,

       vs.                           CIV-S-05-2306-DFL-EFB

YELLOW TRANSPORTATION, INC.
DBA YELLOW FREIGHT; and DOES 1
through 20,                           ORDER
        Defendant(s).
_____/

      Defendants filed two discovery motions on January 19, 2007, and set the matters for hearing **February 28, 2007, at 10:00 a.m**.  Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement *shall be filed no later than five court days before the scheduled hearing.*  The filing deadline, accordingly, will be **February 21, 2007.**

      The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit.  For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition.  E.D. Cal. L.R. 37-251(c)(3).  Do not file separate briefing.  *Id.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated: 01/22/07

                                                EDMUND F. BRENNAN
                                                U.S. Magistrate Judge